JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REUVEN LEVITT, et al. | CV 24-7576 PA (BFMx) |
|     Plaintiffs, | JUDGMENT OF DISMISSAL |
|     v. | |
| FCA US, LLC, | |
|     Defendant. | |

    In accordance with the Court's September 17, 2024 Minute Order dismissing the First Amended Complaint filed by plaintiffs Reuven Levitt, Meredith Levitt, individually and on behalf of their two minor children, E.L. and N.L. ("Plaintiffs") against defendant FCA US, LLC ("Defendant"),

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by Plaintiffs is dismissed for lack of subject matter jurisdiction without leave to amend and without prejudice.

    It is further ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing and Defendant shall have its costs of suit.

DATED: September 18, 2024

                                                                 Percy Anderson
                                        UNITED STATES DISTRICT JUDGE